**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAJIKA KARUNANAYAKA, | : | Civil No. 1:25-CV-01258 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE HERSHEY COMPANY, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 24th day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The report and recommendation, Doc. 18, is **ADOPTED**.
2) Plaintiff's objections, Doc. 25, are **OVERRULED**.
3) Defendant's motion to dismiss, Doc. 9, is **GRANTED**.
4) Plaintiff's motion for leave to supplement the record with newly obtained EEOC records, Doc. 33, is **GRANTED**.
5) Plaintiff's amended complaint, Doc. 8, is **DISMISSED WITH PREJUDICE**.
6) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania